IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CV3171 |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| HENDERSON STATE BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' joint Stipulation and Agreed Order of Dismissal (Filing 59) and Fed. R. Civ. P. 41, all claims brought by Plaintiff against Defendant are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 3rd day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge